474

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Abraham SALAZAR–HERNANDEZ,**
**Defendant–Appellant.**

No. 04–2386.

United States Court of Appeals,
Seventh Circuit.

Feb. 27, 2006.

Michelle L. Jacobs, Office of the United States Attorney, Milwaukee, WI, for Plaintiff–Appellee.

Richard H. Parsons, Andrew J. McGowan, Office of the Federal Public Defender, Peoria, IL, for Defendant–Appellant.

Before Hon. RICHARD A. POSNER, Hon. FRANK H. EASTERBROOK, and Hon. ILANA DIAMOND ROVNER, Circuit Judges.

Abraham Salazar–Hernandez was sentenced to 41 months' imprisonment based on his conviction for illegal re-entry after being deported for an aggravated felony, in violation of 8 U.S.C. § 1326(a) and 1326(b)(2). He argued on appeal that the district court erred by sentencing him under the mandatory sentencing guidelines, see *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005). On the government's motion, we ordered a limited remand under the terms set forth in *United States v. Paladino,* 401 F.3d 471 (7th Cir.2005), for a determination whether the district court would have imposed the same sentence had it understood that the guidelines were advisory.

The district judge has replied that he would have imposed a different sentence had he known the guidelines were merely advisory. Both parties have responded and agree that the case should be remanded for resentencing. Accordingly,

**IT IS ORDERED** that Salazar–Hernandez's sentence is **VACATED,** and the case is **REMANDED** to the district court for resentencing.